%AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____IDAHO_____

J.R. SIMPLOT COMPANY, SANA
INTERNACIONAL, Plaintiffs

V.

LEGION INDEMNITY COMPANY,
FEDERAL INSURANCE COMPANY

**JUDGMENT IN A CIVIL CASE**

Case Number:   1:01cv296 BLW

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Legion Indemnity Company pay damages or costs suffered by J. R. Simplot Company for which the SANA entities would be obliged to indemnify J. R. Simplot Co., and which the insurance company or companies would be obligated to pay to the extent of the insurance policies, a total amount of $10,114,660.90.

Legion Indemnity Company in the amount of  $ 919,000.00

Federal Insurance Company in the amount of $ 9,195,660.90.

July 12, 2004
Date

Cameron S. Burke,
Clerk

_Glenda Longstreet_
(By) Deputy Clerk

United States District Court
for the
District of Idaho
July 14, 2004

* * CLERK'S CERTIFICATE OF MAILING * *

Re: 1:01-cv-00296
    1:01-cv-00450

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

David W Cantrill, Esq.  1-208-345-7212
CANTRILL SKINNER SULLIVAN & KING
PO Box 359
Boise, ID  83701

Randy Paar, Esq.  1-212-997-9880
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Walker G Harman, Esq.  1-212-997-9880
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Katherine Henry, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Jonathan M Goodman, Esq.  1-212-997-9880
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Elizabeth A Sherwin, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Jeremy M King, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Jerold Oshinsky, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Michael Buresh, Esq.
SPECIAL DEPUTY RECEIVER
222 Merchandise Mar Plaza #1450
Chicago, IL  60653

Brian Statter, Esq.
SPECIAL DEPUTY RECEIVER
222 Merchandise Mar Plaza #1450
Chicago, IL  60653

Stephen R Thomas, Esq.   1-208-385-5384
MOFFATT THOMAS BARRETT ROCK & FIELDS
PO Box 829
Boise, ID  83701

Bradley J Dixon, Esq.   1-208-385-5384
MOFFATT THOMAS BARRETT ROCK & FIELDS
PO Box 829
Boise, ID  83701

Steven Plitt, Esq.
BESS KUNZ
3838 N Central Ave 15th Fl
Phoenix, AZ  85012

✓ Chief Judge B. Lynn Winmill
____ Judge Edward J. Lodge
____ Chief Magistrate Judge Larry M. Boyle
____ Magistrate Judge Mikel H. Williams

Visiting Judges:
____ Judge David O. Carter
____ Judge John C. Coughenour
____ Judge Thomas S. Zilly

Cameron S. Burke, Clerk

Date:  7-14-04            BY:  _____
                              (Deputy Clerk)