David W. Cantrill
ISB No. 1291
CANTRILL, SKINNER, SULLIVAN & KING, LLP
1423 Tyrell Lane
P.O. Box 359
Boise, Idaho 83701
Telephone: (208) 344-8035
Facsimile: (208) 345-7212

Randy Paar
Elizabeth A. Sherwin
Jonathan M. Goodman
Jeremy M. King
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 835-1400
Facsimile: (212) 997-9880
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| J.R. SIMPLOT COMPANY, SANA INTERNACIONAL S. de R.L. de C.V. and SANA U.S.A. L.L.C., <br><br> Plaintiffs, <br><br> – against – <br><br> LEGION INDEMNITY COMPANY, <br><br> Defendant. | CIV. 01-0296-S (BLW) (LMB) <br> (LEAD) |
| J.R. SIMPLOT COMPANY, SANA INTERNACIONAL S. de R.L. de C.V. and SANA U.S.A. L.L.C., <br><br> Plaintiffs, <br><br> – against – <br><br> LEXINGTON INSURANCE COMPANY and FEDERAL INSURANCE COMPANY, <br><br> Defendants. | CIV. 01-450-S-(BLW) <br><br> **AMENDED JUDGMENT IN A CIVIL CASE** |

120892 v1; 2L@4011.DOC

JURY VERDICT—This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

FURTHERMORE, the Court has found, upon motion by defendant Federal Insurance Company, that the amount of the initial judgment against Federal Insurance Company be reduced by $225,000; and

FURTHERMORE, the Court has found, upon motion by Plaintiffs, that Plaintiffs are entitled to prejudgment interest at the rate of ten percent (10%) for the period commencing October 22, 2003, and ending July 12, 2004, against Federal Insurance Company and Legion Indemnity Company on their respective shares of the judgment; therefore

IT IS ORDERED AND ADJUDGED

That Legion Indemnity Company and Federal Insurance Company pay damages or costs suffered by J.R. Simplot Company for which the SANA entities would be obliged to indemnify J.R. Simplot Company, and which the insurance company or companies would be obligated to pay to the extent of the insurance policies, for a total amount of $9,889,660.90, plus pre-judgment interest, as follows:

- Legion Indemnity Company in the amount of $919,000;

- Federal Insurance Company in the amount of $8,970,660.90;

- Legion Indemnity Company for pre-judgment interest in the amount of $66,470.14; and

- Federal Insurance Company for pre-judgment interest in the amount of $648,836.84

Oct. 21, 2004
Date

CAMERON S. BURKE
Clerk

(By) Deputy Clerk

**DARLENE HAND**

United States District Court
for the
District of Idaho
October 21, 2004

* * CLERK'S CERTIFICATE OF MAILING * *

Re:  1:01-cv-00296

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

David W Cantrill, Esq.   1-208-345-7212
CANTRILL SKINNER SULLIVAN & KING
PO Box 359
Boise, ID  83701

Randy Paar, Esq.   1-212-997-9880
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Walker G Harman, Esq.   1-212-997-9880
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Katherine Henry, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Jonathan M Goodman, Esq.   1-212-997-9880
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Elizabeth A Sherwin, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Jeremy M King, Esq.
DICKSTEIN SHAPIRO MORIN & OSHINSKY
1177 Avenue of the Americas
New York, NY  10036-2714

Michael Buresh, Esq.
SPECIAL DEPUTY RECEIVER
222 Merchandise Mar Plaza #1450
Chicago, IL  60653

Brian Statter, Esq.

SPECIAL DEPUTY RECEIVER
222 Merchandise Mart Plaza #1450
Chicago, IL 60653

_____ Chief Judge B. Lynn Winmill
_____ Judge Edward J. Lodge
_____ Chief Magistrate Judge Larry M. Boyle
_____ Magistrate Judge Mikel H. Williams

Visiting Judges:
_____ Judge David O. Carter
_____ Judge John C. Coughenour
_____ Judge Thomas S. Zilly
✓ Judge Roger Hunt *[signature]*

Cameron S. Burke, Clerk

Date: 10-21-04

BY: _____
(Deputy Clerk)