**FILED**

2005 JUN -2 AM 11:15   UNITED STATES COURT OF APPEALS

MAY 31 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JR SIMPLOT COMPANY,<br><br>    Plaintiff/Appellee/Cross-Appellant,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>    Defendant/Appellant/Cross-Appellee. | Nos. 04-35882, 04-36036<br>04-36101<br><br>D.C. Nos. CV-01-00296-RLH<br>CV-01-00450-RLH<br>District of Idaho, Boise<br><br>ORDER |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Claudia L. Bernard
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 31 2005

by: Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
04-35882 JR Simplot Company, et al v. Federal Insurance Co, et al

                                      Phoenix, AZ 85012-1902

                                      Kirk C. Jenkins, Esq.
                                      FAX 312/641-9530
                                      312/641-9050
                                      Suite 4200
                                      [COR LD NTC ret]
                                      SEDGWICK, DETERET, MORAN &
                                      ARNOLD LLP
                                      One North Wacker Drive
                                      Chicago, IL 60606-2841

LEXINGTON INSURANCE COMPANY
    Defendant

LEGION IMDEMNITY COMPANY           Michael Buresh
    Defendant                           312/836-9500
                                      1450
                                      [COR LD ret]
                                      SPECIAL DEPUTY RECEIVER
                                      222 Merchandise Mar Plaza
                                      Chicago, IL 60653